

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| JONATHAN CASTRO, a.k.a. "Jose," | ) Criminal No. 2:22-cr-00109-cr |
| ANIBAL CASTRO, SR., a.k.a. "Papi," | ) |
| JAMES HINES, | ) |
| MICHAEL COTTER, | ) |
| DEREK ARIE, | ) |
| ▮▮▮▮▮, | ) |
| TODD AMELL, and | ) |
| JENNIFER ARMSTRONG | ) |
| Defendants. | ) |

## THIRD SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between in or about March 2022 to on or about November 30, 2022, in the District of Vermont and elsewhere, the defendants JONATHAN CASTRO, a.k.a. "Jose," ANIBAL CASTRO, SR., a.k.a. "Papi," JAMES HINES, MICHAEL COTTER, DEREK ARIE, ▮▮▮▮▮ ▮▮▮▮▮ TODD AMELL, JENNIFER ARMSTRONG and other individuals, known and unknown to the grand jury, knowingly and willfully conspired to distribute cocaine base and fentanyl, Schedule II controlled substances.

(21 U.S.C. §§ 846, 841(a), and 841(b)(1)(C))

COUNT TWO

On or about June 4, 2022, in the District of Vermont, the defendant DEREK ARIE, knowingly and intentionally possessed with the intent to distribute cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

A TRUE BILL

FOREPERSON

_____ (ZBS)
NIKOLAS P. KEREST
United States Attorney
Rutland, Vermont
March 22, 2023