UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.: 2:22-cr-109-6 |
| vs. ) | |
| ) | |
| ALEX BARNES ) | |

## ORDER

On August 7, 2023, Alex Barnes, by and through his attorney, filed a Motion to Extend Time to File Pretrial Motions. Defendant requests an extension from August 7, 2023 to September 7, 2023. The basis for this request is that additional time is needed to complete discovery review with the Defendant. The Government does not oppose this request.

Pursuant to 18 U.S.C. 3161(h)(7)(A) the Court finds that the ends of justice are best served by granting an extension of time and outweigh the best interests of the Defendant and the public in a speedy trial.

Accordingly, Defendant's motion is granted and all pre-trial motions in this case must be filed on or before September 7, 2023.

It is further ordered that the period of delay resulting from the extension of time shall be excludable in computing time in which the trial in this case must commence pursuant to the Speedy Trial Act and this District's Plan for Prompt Disposition of Criminal Cases.

The time to be excluded as directed above shall commence on August 7, 2023 and continue through September 7, 2023.

IT IS SO ORDERED.

DATED AT Burlington, Vermont this 8th day of August, 2023.

Christina Reiss,
United States District Judge