NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

     v.                                           Case No. 2:22-cr-109-5

Michael Cotter

TAKE NOTICE that the above-entitled case has been scheduled at 01:30 p.m. on Tuesday, February 20, 2024 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Sentencing.

Location: Courtroom 510

                                                        JEFFREY S. EATON, Clerk
                                                        By: */s/ Lisa Wright*
                                                        Deputy Clerk
                                                        10/13/2023

TO:

Zachary B. Stendig, AUSA

Mark D. Oettinger, Esq.

Court Reporter