# NOTICE OF HEARING

## UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

United States of America

      v.                                            Case No. 2:22-cr-109-5

Michael Cotter


TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Tuesday, November 14, 2023 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Hearing on the Motion for Release from Custody.

| | |
|---|---|
| Location: Courtroom 510 | JEFFREY S. EATON, Clerk<br>By: */s/ Jennifer B. Ruddy*<br>Deputy Clerk<br>10/26/2023 |

TO:

Zachary B. Stendig, AUSA

Mark D. Oettinger, Esq.

Johanna Masse, Court Reporter